PD-1470-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/13/2015 8:46:34 AM
Accepted 11/13/2015 11:31:48 AM
ABEL ACOSTA
CLERK

**NO. _____**

# IN THE COURT OF CRIMINAL APPEALS

# OF TEXAS

_____

## REBECCA VICTORIA HUMARAN
### APPELLANT

## VS.

## THE STATE OF TEXAS
### APPELLEE

_____

**On Petition For Discretionary Review from
The Fourteenth Court of Appeals
In No. 14-14-00421-CR Affirming
The 239th Criminal District Court of
Brazoria County, Texas, Cause No. 687647,
Honorable Patrick Sebesta, Judge Presiding**

## APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

November 13, 2015

ABEL ACOSTA, CLERK

Crespin Michael Linton
440 Louisiana, Suite 900
Houston, Texas 77002
Texas Bar No. 12392850
(713) 236-1319
(713) 236-1242 (Fax)
crespin@hal-pc.org

# APPELLANT'S MOTION FOR EXTENSION OF TIME

# TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

Comes now Rebecca Victoria Humaran, Appellant, and files this motion for an extension of 60 days in which to file Appellant's Petition For Discretionary Review.  In support of this motion, Appellant shows the court the following:

1.

On October 15, 2015, the Fourteenth Court of Appeals affirmed Appellant's convictions for Murder in an opinion.

2.

The deadline for filing the Appellant's Petition For Discretionary Review is November 14, 2015.  A period of 15 days from that date has not elapsed before the filing date of this motion.  The Appellant has not requested an extension prior to this request.

3.

Appellant requests an extension of time to file Appellant's Brief because Appellant's counsel had to prepare for a jury trial to the court in the felony Evading Arrest case of **State vs. Gozie Connor** in the 300th District Court of Brazoria County, Texas in Cause No. 74479 set on November 9, 2015.  In addition, counsel is also preparing Appellant's Brief in the cases of **Timms v. State**, Case No. 01-15-00864-CR.

Wherefore, Appellant prays the court grant this motion and extend the deadline for filing Appellant's Petition For Discretionary Review to December 31, 2015.

Respectfully submitted,


  /s/  Crespin Michael Linton
Crespin Michael Linton
440 Louisiana, Suite 900
Houston, Texas  77002
Texas Bar No.  12392850
(713) 236-1319
(713) 236-1242  (Fax)

1

# CERTIFICATE OF SERVICE

I do hereby certify that on this the 13th day of October 2015, a true and correct copy of the Appellant's Motion For Extension Of Time To File Appellant's Petition For Discretionary Review was delivered to the Assistant District Attorney of Brazoria County, Texas by email at treyp@brazoria-county.com and the State Prosecuting Attorney, P.O. Box 12405 Austin, Texas 78711 at information@spa.texas.gov


__/s/_ Crespin Michael Linton_
Crespin Michael Linton


# ORDER


On this the _____ day of _____, 2015, came to be heard Appellant's Motion For Extension Of Time To File Petition For Discretionary Review, and it appears to the Court that this motion should be:


GRANTED                           DENIED


IT IS THEREFORE ORDERED that the time for filing Appellant's Petition For Discretionary Review be extended to _____, 2015.


_____
JUSTICE PRESIDING